# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

HARESH PATEL, et al

Plaintiffs

v.

ALEJANDRO MAYORKAS, et al,

Defendants.

Civil Action No.

2:23-cv-068-RWS

## ORDER

As a senior judge of the Northern District of Georgia, I decline assignment of this case. IT IS HEREBY ORDERED that the Clerk of Court reassign this action to the next Judge on the rotation list for the Gainesville Division. The clerk is directed not to substitute another case for this action.

SO ORDERED this _17th_ day of April, 2023.

_____
RICHARD W. STORY
United States District Judge